IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Public Utility Commission, :
                  Petitioner :
                          :
       v. : No.  980 C.D. 2019
                          :
Eric Friedman, :
                  Respondent :


Energy Transfer, :
                  Petitioner :
                          :
       v. : No. 982 C.D. 2019
                          :
Eric Friedman, :
                  Respondent :


**PER CURIAM**

O R D E R

AND NOW, this 14th day of December 2020, it is ordered that the above-captioned opinion filed on October 21, 2020 shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.